RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 984-5563
Fax: [702] 598-1425
rschonfeld@cslawoffice.net

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

JANE DOE, an individual )
)
          Plaintiff, )
)
v. )    CASE NO: 2:22-cv-00476-GMN-VCF
)
GREGORY E. BURNS, (a/k/a GREG )
TRAVELL), an Individual; DOES )
I through X inclusive; and ROE )
BUSINESS ENTITIES I through )
X inclusive. )
)
          Defendant. )
_____)

## SUBSTITUTION OF ATTORNEY

    GREGORY E. BURNS (a/k/a GREG TRAVELL), Defendant hereby substitutes RICHARD A. SCHONFELD, ESQ., of the law office of CHESNOFF & SCHONFELD, 520 South Fourth Street, Las Vegas, Nevada 89101, telephone number [702] 384-5563, as attorney of record in place and stead of PETER S. CHRISTIANSEN, ESQ., and KENDELEE L. WORKS, ESQ.

    DATED this 30 day of March, 2022.

                                               _____
                                             GREGORY E. BURNS, Defendant

///

I consent to the above substitution.

DATED this 31st day of March, 2022.

_____
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street
Las Vegas, Nevada 89101
Tel.: (702) 240-79-79
Fax: (866) 412-6992
pete@christiansenlaw.com
kendelee@christiansenlaw.com

I agree to the above stated substitution.

DATED this 31st day of March, 2022.

#12359
/s/
_____
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rschonfeld@cslawoffice.net

RETAINED __X__   APPOINTED BY COURT _____

**APPROVED**

DATED   March 31, 2022   .

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2022, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system with a courtesy copy to:

Paul S. Padda
Paul Padda Law, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
(702) 366-1888
Fax: 702-366-1940
psp@paulpaddalaw.com

Nathan Goldberg
Allred, Maroko & Goldberg
6300 Wilshire Blvd., Ste 1500
Los Angeles, CA 90048
(323)653-6530
Fax: (323) 653-1660
ngoldberg@amglaw.com

Peter S. Christiansen
Kendelee L. Works
Christiansen Trial Lawyers
710 S. 7th Street, Suite B
Las Vegas, Nevada 89101
702-240-7979
Fax: 866-412-6992
kworks@christiansenlaw.com
pete@christiansenlaw.com

/s/ Rosemary Reyes
Employee of Chesnoff & Schonfeld